IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-10-667 |
| | § | |
| JOE CRUZ III | § | |

### ORDER OF DETENTION PENDING TRIAL

Pending is defendant's motion for bond.  (D.E. 19).  On August 18, 2010, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of defendant pending trial in this case:

(1)    There is probable cause to believe the defendant committed an offense for which a term of imprisonment ranges between ten years and life in prison pursuant to 21 U.S.C. § 841(b)(1)(A).

(2)    Defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

The evidence against defendant meets the probable cause standard.  The findings contained in the Pretrial Services Report are adopted.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

Accordingly, defendant's motion for bond, (D.E. 19), is DENIED.

ORDERED this 18th day of August 2010.


BRIAN  L. OWSLEY
UNITED STATES MAGISTRATE JUDGE